BENJAMIN WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 09-0293 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE COURT TRIAL |
| CHRISTOPHER BROOKS, | DATE:   November 30, 2009 |
| | TIME:   10:00 a.m. |
| Defendant. | JUDGE:  Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED and agreed to between the United

States of America, through Matthew C. Stegman, Assistant United

States Attorney, and defendant, CHRISTOPHER BROOKS, by and

through his counsel, Lauren Cusick, Assistant Federal Defender,

that the court trial scheduled for November 30, 2009, be

rescheduled to January 25, 2010, at 10:00 a.m.

///

///

///

///

///

///

1

1        The continuance is requested because the parties are

2    continuing to negotiate a disposition in this matter.

3    DATED: November 5, 2009          BENJAMIN WAGNER
                                      United States Attorney
4

5                                     By: /s/ Heiko Coppola for:
                                      MATTHEW C. STEGMAN
6                                     Assistant U.S. Attorney

7

8    DATED: November 5, 2009          DANIEL J. BRODERICK
                                      Federal Defender
9

10                                    By: /s/ Lauren Cusick
                                      LAUREN CUSICK
                                      Attorney for Defendant
11

12                              ORDER

13       The court trial is continued from November 30, 2009, at 10:00

14   a.m., to January 25, 2010, at 10:00 a.m.

15       IT IS SO ORDERED.

16   DATED: November 17, 2009.

17

18                                    U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

**2**